**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6564**

─────────────

BERNARD A. WILLIAMS,

                                    Petitioner - Appellant,

        versus

RONALD J. ANGELONE,

                                    Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-01-248-2)

─────────────

Submitted:  August 9, 2002          Decided:  August 30, 2002

─────────────

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.  Judge Williams wrote a concurring opinion.

─────────────

Bernard A. Williams, Appellant Pro Se.  Stephen R. McCullough, Assistant Attorney General, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernard A. Williams appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Williams v. Angelone, No. CA-01-248-2 (E.D. Va. filed Mar. 11, 2002, entered Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

WILLIAMS, Circuit Judge, concurring:

Having reviewed the record and applicable law, I believe that Williams has failed to make a "substantial showing of the deprivation of a constitutional right." 22 U.S.C.A. § 2253(c). Accordingly, I concur in the denial of a certificate of appealability and dismissal of the appeal.

2